FILED
2015 Dec-15 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA KINDRED, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 2:15-cv-01509-HGD |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant | ) |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties (Doc. 12), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs and expenses.

DONE this 15th day of December, 2015.



HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE